**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **RONDEVOO TECHNOLOGIES, LLC,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**PROSCIA, INC.,**<br><br>　　　　　Defendant. | Civil Action No.<br><br><br><br>**TRIAL BY JURY DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, of the Federal Rules of Civil Procedure, Plaintiff, Rondevoo Technologies, LLC ("Rondevoo"), states that it is a limited liability company. It has a parent company, Red Dragon Innovations, LLC and no publicly held corporation owns ten percent (10%) or more of its stock.

Dated: December 21, 2019　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　Stamoulis & Weinblatt LLC

　　　　　　　　　　　　　　　　　　　*/s/Stamatios Stamoulis*
　　　　　　　　　　　　　　　　　　　Stamatios Stamoulis
　　　　　　　　　　　　　　　　　　　800 N. West Street – Third Floor
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　Phone: (302) 999-1540
　　　　　　　　　　　　　　　　　　　Fax: (302) 762-1688
　　　　　　　　　　　　　　　　　　　Email: stamoulis@swdelaw.com